UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                         CRIMINAL NO.  08-20293

v.                                      HONORABLE AVERN COHN

D-1,    LEE EDWARD NEWBERRY,

    Defendant.
_____/

## ORDER FINDING DEFENDANT'S MOTIONS MOOT

On August 27, 2009 the Court held a hearing on the defendant's motions.  For the reasons stated on the record,

**IT IS ORDERED** that the following motions are MOOT,

    Motion in Limine to Prohibit Co-Conspirator Statements Under FRE 801(D)(2)(E);

    Motion and Demand for Disclosure of Exculpatory Evidence and Discovery Material Including FRE 404(b) Material;

    Motion in Limine for Discovery and Jencks Act Material.

    **SO ORDERED**.


Dated: August 27, 2009                  s/ Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE